**IT IS ORDERED as set forth below:**



Date: October 3, 2016

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 16-64273-WLH |
| | ) | |
| JAMEKA LATRELL MONROE, | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | JUDGE WENDY L. HAGENAU |
| | ) | |
| | ) | |
| JAMEKA LATRELL MONROE, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SATILLA REGIONAL MED. CTR., | ) | |
| a/k/a Mayo Clinic System Physicians | ) | |
| in Waycross, Inc., | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER AVOIDING LIEN

Pursuant to 11 U.S.C. § 522(f) and Fed. R. Bankr. P. 4003(d), the Debtor moved for an order avoiding a lien held by the Respondent against property of the Debtor claimed as exempt. Counsel for the Debtor or Debtor has certified that the motion and the notice of the motion

1

required by Bankruptcy Local Rule 6008 were served on the Respondent in accordance with Fed. R. Bankr. P. 9014. Respondent has not filed a response or otherwise indicated any opposition to the motion, which is deemed to be unopposed under BLR 6008-2. Accordingly, it is

ORDERED that the Debtor's motion is GRANTED as provided herein. While the Motion alleges that Respondent holds a judicial lien, it appears that the Respondent may also hold a statutory lien. A statutory lien is not avoidable pursuant to 11 U.S.C. §522(f) and any judicial lien on that statutory lien is likewise unavoidable. *See* Reece v. Parkview Villas of Scottsdale Owners' Ass'n (*In re* Reece), 274 B.R. 515, 521 (Bankr. D. Ariz. 2001).

Therefore, Debtor's Motion is granted only to the extent the lien to be avoided is (i) not a statutory lien; (ii) not a judicial lien on the same property as the statutory lien; and iii) only to the extent that such lien impairs an exemption, subject to 11 U.S.C. §§ 349 and 522(c) in the event of a dismissal.

The Clerk's Office is hereby directed to serve a copy of this Order on the Debtor, attorney for the Debtor, attorney for the Respondent, and the Trustee.

### END OF ORDER ###

**DISTRIBUTION LIST**

Jameka Latrell Moore
122 Cardinal Lane
Jonesboro, GA 30328

Carson Walden
Walden, Goodhart, Harden & New, LLC
315 West Ponce de Leon Ave, Suite 757
Decatur, GA 30030

Nancy J. Whaley
Chapter 13 Trustee
303 Peachtree Center Ave, Ste 120
Atlanta, GA 30303

Satilla Regional Med. Ctr.
Attn: Katrina Wheeler, CFO
410 Darling Ave
Waycross, GA 31501

Satilla Regional Med. Ctr.
Attn: Robert M. Trimm, Reg Agent
410 Darling Ave
Waycross, GA 31501

Satilla Regional Med. Ctr.
PO Box 2567
Brunswick, GA 31521